## UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANGELITA SANDERS

      Plaintiff,

v.

      CIVIL ACTION NO.: 1:11-CV-02759-JOF

J.C. PENNY CORPORATION, INC.,

      Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Brent J. Savage, Jr., of the law firm of Savage, Turner, Kraeuter,

Pinckney, Britt & Madison, and enters his appearance as counsel for the Plaintiff Angelita

Sanders.

This 23rd day of August, 2011.

                  /s/ Brent J. Savage, Jr.
                  Brent J. Savage
                  Georgia Bar No.: 627450
                  Brent J. Savage, Jr.
                  Georgia Bar No.: 940349

SAVAGE, TURNER, KRAEUTER,
PINCKNEY, BRITT & MADISON
304 East Bay Street
Savannah, Georgia 31401
T: 912-231-1140
F: 912-232-4112

# UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ANGELITA SANDERS

      Plaintiff,

v.

                                        CIVIL ACTION NO.: 1:11-CV-02759-JOF

J.C. PENNY CORPORATION, INC.,

      Defendant.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing:

Edwin L. Hamilton
ehamilton@gmlj.com
Joshua Sims Stein
jstein@gmlj.com
GOODMAN, McGUFFEY, LINDSEY & JOHNSON
3340 Peachtree Road, NE
2100 Tower Place
Atlanta, Georgia 30326-1084
*Attorneys for Defendant JC Penny Corporation, Inc.*

This 23rd day of August, 2011.

                           /s/ Brent J. Savage, Jr.
                           Brent J. Savage
                           Georgia Bar No.: 627450
                           Brent J. Savage, Jr.
                           Georgia Bar No.: 940349

SAVAGE, TURNER, KRAEUTER,
PINCKNEY, BRITT & MADISON
304 East Bay Street
Savannah, Georgia 31401
T: 912-231-1140
F: 912-232-4112