# UNITED STATES DISTRICT COURT
# FORT THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:11-CV-02759-JOF |
| | ) |
| J.C. PENNY CORPORATION, INC., | ) |
| | ) |
| Defendant. | ) |

## RULE 5.4(A) CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

This is to certify that I have, pursuant to Local Rule 5.4(A), Plaintiffs served a true and correct copy of **Plaintiff's Response to Defendant's First Request for Production of Documents** by causing same to be ___ hand-delivered to or _X_ placed in the United States mail, postage prepaid, ___ sent via fax transmission, to:

Edwin L. Hamilton
ehamilton@gmlj.com
Joshua Sims Stein
jstein@gmlj.com
GOODMAN, McGUFFEY, LINDSEY & JOHNSON
3340 Peachtree Road, NE
2100 Tower Place
Atlanta, Georgia 30326-1084
*Attorneys for Defendant JC Penny Corporation, Inc.*

*Page -1-*

This 12th day of October, 2011.

/s/ Brent J. Savage, Jr.
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No. 940349

SAVAGE, TURNER, KRAEUTER,
PINCKNEY & MADISON
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140

## UNITED STATES DISTRICT COURT
## FORT THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:11-CV-02759-JOF |
| | ) |
| J.C. PENNY CORPORATION, INC., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing pleading complieswith the font and point selections approved by the Court in L.R. 5.1B. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

This 12th day of October, 2011.

/s/ Brent J. Savage, Jr.
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No. 940349

SAVAGE, TURNER, KRAEUTER,
PINCKNEY & MADISON
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140