FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 4 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.: 1:11-CV-02759-JOF |

## NOTICE OF ATTORNEY'S LIEN

COMES NOW Robert A. Kerr, attorney at law, who claims a lien in accordance with O.C.G.A. § 15-19-14 for legal fees in the amount of **$13,289.62**. Notice is hereby given that no person shall be at liberty to satisfy the judgment, proffer settlement, or otherwise compromise the proceeds of this action until this claim of lien has been fully satisfied.

This 12th day of October, 2011.

Respectfully Submitted by:

Kerr Law, P.C.

BY: _____

ROBERT A. KERR, ESQ.
GA State Bar No.: 940417
P.O. Box 211006
119 Davis Road, Suite 1F
Augusta, GA  30917
Phone: (706) 564-7243
Fax:   (706) 262-4426
Email: Robert@KerrLawPC.Com

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 4 2011

JAMES N. HATTEN, CLERK
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

ANGELITA SANDERS,

Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

Defendant

Civil Action
File No.: 1:11-CV-02759-JOF

## CERTIFICATE OF COMPLIANCE

The foregoing NOTICE OF ATTORNEY'S LIEN is double spaced in 14

point Times New Roman font and complies with the type-volume limitation set

forth in Local Rule 7.1.

ROBERT A. KERR, ESQ.
GA State Bar No.: 940417
P.O. Box 211006
119 Davis Road, Suite 1F
Augusta, GA  30917
Phone: (706) 564-7243
Fax: (706) 262-4426
Email: Robert@KerrLawPC.Com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

ANGELITA SANDERS,

Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

Defendant

Civil Action
File No.: 1:11-CV-02759-JOF

## CERTIFICATE OF SERVICE

This is to certify that on this date I mailed this Certificate of Service for

NOTICE OF ATTORNEY'S LIEN with the Clerk of Court and to the following

attorneys of record via Certified U.S. Mail:

Brent J. Savage, Esq.
bsavage@savagelawfirm.net
Brent Jamieson Savage, Jr., Esq.
lwickline@savagelawfirm.net
Savage, Turner, Kraueter, Pinckney & Madison
P.O. Box 10600
Savannah, GA 31412

Joshua S. Stein, Esq.
jstein@gmlj.com
Goodman McGuffey Lindsey & Johnson, LLP

3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084

This 12th day of October, 2011.

BY: _____

ROBERT A. KERR, ESQ.
GA State Bar No.: 940417
P.O. Box 211006
119 Davis Road, Suite 1F
Augusta, GA  30917
Phone: (706) 564-7243
Fax:   (706) 262-4426
Email: Robert@KerrLawPC.Com