IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.:   1:11-CV-02759-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this J.C. PENNEY CORPORATION, INC.'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Brent J. Savage, Esq.
>Brent Jamieson Savage, Jr., Esq.
>Savage, Turner, Kraueter, Pinckney & Madison
>P.O. Box 10600
>Savannah, GA 31412

This 3rd day of November, 2011.

>By: s/ Joshua S. Stein
>Joshua S. Stein
>GA State Bar No. 141925
>Goodman McGuffey Lindsey & Johnson, LLP

                                                3340 Peachtree Road NE, Suite 2100
                                                Atlanta, GA 30326-1084
                                                Phone:  (404) 264-1500
                                                Fax:    (404) 264-1737

Doc ID #1539270