IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.:   1:11-CV-02759-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this J.C. PENNEY CORPORATION, INC.'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Brent J. Savage, Esq.
> Brent Jamieson Savage, Jr., Esq.
> Savage, Turner, Kraueter, Pinckney & Madison
> P.O. Box 10600
> Savannah, GA 31412

This 3rd day of November, 2011.

- 11 -

        s/ Joshua S. Stein
        Joshua S. Stein
        GA State Bar No.  141925
        jstein@gmlj.com
        Goodman McGuffey Lindsey & Johnson, LLP
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        Phone:  (404) 264-1500
        Fax:    (404) 264-1737

2123-0007/Doc ID #1539684