IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.:   1:11-CV-02759-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party or counsel for the opposing party in the foregoing matter with a copy of ***J.C. PENNEY CORPORATION, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES*** by depositing a copy of same in the United States Mail, postage prepaid, as follows:

Brent J. Savage, Esq.
Brent Jamieson Savage, Jr., Esq.
Savage, Turner, Kraueter, Pinckney & Madison
P.O. Box 10600
Savannah, GA 31412

This 22nd day of November, 2011.

s/ Joshua S. Stein
Joshua S. Stein
GA State Bar No.:  141925
jstein@gmlj.com
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:    (404) 264-1737