IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, | Civil Action |
| Plaintiff, | File No.:    1:11-CV-02759-JOF |
| v. | |
| J.C. PENNEY CORPORATION, INC., | |
| Defendant | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Notice of Taking Deposition of Plaintiff Angelita Sanders* has been filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic e-mail notification of such filing to the following attorneys of record:

> Brent J. Savage, Esq.
> Savage, Turner, Kraueter, Pinckney & Madison
> P.O. Box 10600
> Savannah, GA 31412
> bsavage@savagelawfirm.net

I also hereby certify that I have mailed by United States Postal Service to the attorneys listed above the document that is named in this Certificate of Service.

This __19__ day of December, 2011.

Joshua S. Stein
GA State Bar No.:  141925
jstein@gmlj.com
Goodman McGuffey Lindsey & Johnson,
LLP 3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone:  (404) 264-1500
Fax:   (404) 264-1737