IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.: 1:11-CV-02759-JOF |

CERTIFICATE OF SERVICE

This is to certify that I electronically filed this *J.C. PENNEY CORPORATION, INC.'S RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Brent J. Savage, Esq.
Brent Jamieson Savage, Jr., Esq.
Savage, Turner, Kraueter, Pinckney & Madison
P.O. Box 10600
Savannah, GA 31412

This 17th day of January, 2012.

By: _____
Joshua S. Stein
GA State Bar No. 141925
jstein@gmlj.com
Goodman McGuffey Lindsey & Johnson, LLP
Attorneys for J.C. Penney Corporation, Inc.
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Phone: (404) 264-1500
Fax: (404) 264-1737