IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, <br><br> Plaintiff, <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., <br><br> Defendant | Civil Action <br> File No.:   1:11-CV-02759-JOF |

## J.C. PENNEY CORPORATION, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, J.C. Penney Corporation, Inc. ("JCP"), by and through the undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 56, file this motion for partial or total summary judgment.

A memorandum of law in support of JCP's Motion for Summary Judgment with accompanying exhibits, as well as a Concise Statement of Material Facts to Which No Genuine Issue Exists to be Tried and a Theories of Recovery are filed contemporaneously herewith.

*[SIGNATURE ON FOLLOWING PAGE]*

This 6th day of February, 2012.

                Goodman McGuffey Lindsey & Johnson, LLP
                Attorneys for J.C. Penney Corporation, Inc.

By:   *s/ JAMES T. HANKINS, III*
      JOSHUA S. STEIN
      GA State Bar No.  141925
      jstein@gmlj.com
      JAMES T. HANKINS, III
      GA State Bar No.  188771
      jhankins@gmlj.com
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084
      Phone:  (404) 264-1500
      Fax:    (404) 264-1737

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>Defendant | Civil Action<br>File No.:   1:11-CV-02759-JOF |

## CERTIFICATE OF COMPLIANCE

The foregoing document is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

                                             *s/James T. Hankins, III*
                                             James T. Hankins, III
                                             Goodman McGuffey Lindsey & Johnson, LLP
                                             3340 Peachtree Road NE, Suite 2100
                                             Atlanta, GA 30326-1084
                                             Phone: (404) 264-1500
                                             Fax:   (404) 264-1737
                                             Email: jhankins@gmlj.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, <br><br> Plaintiff, <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., <br><br> Defendant | Civil Action <br> File No.:   1:11-CV-02759-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this J.C. PENNEY CORPORATION, INC.'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Brent J. Savage, Esq.
>Brent Jamieson Savage, Jr., Esq.
>Savage, Turner, Kraueter, Pinckney & Madison
>P.O. Box 10600
>Savannah, GA 31412

This 6th day of February, 2012.

>*s/ JAMES T. HANKINS, III*
>JAMES T. HANKINS, III
>GA State Bar No.  188771
>jhankins@gmlj.com
>Goodman McGuffey Lindsey & Johnson, LLP