**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANGELITA SANDERS, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:11-cv-02759-JOF |
| J.C. PENNEY CORPORATION, INC., | |
| Defendant. | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW, Plaintiff in the above-styled action and, pursuant to Fed.R.Civ.P. 6, files this Motion for Extension of Time to File her Response to Defendants' Motion for Summary Judgment.

1.

On February 6, 2012, Defendant filed a Motion for Summary Judgment. (Doc. # 20).

2.

Pursuant to Notice posted on the CM/ECF system, Plaintiff's responsive brief is due on or before March 2, 2012.

3.

Due to an unusually heavy workload, Plaintiff requests an extension of time of seven days (7) days, thereby making Plaintiff's responsive brief due on or before March

9, 2012. Defendant, through counsel, consents to the extension.

4.

This is the first request for an extension of time related to this motion.

5.

A proposed order is attached hereto.

THIS 24t[h] day of February, 2012.

/s/ Brent J. Savage, Jr.
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No. 940349
Savage, Turner, Pinckney & Madison
304 E. Bay Street
Savannah, Georgia
(912) 231-1140
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that I have on this day filed electronically with the Clerk of the Court the foregoing. By filing in the CM/ECF system I have thereby served by email all of the parties in this case through the following counsels of record:

Edwin L. Hamilton
ehamilton@gmlj.com
Joshua Sims Stein
jstein@gmlj.com
GOODMAN, McGUFFEY, LINDSEY & JOHNSON
3340 Peachtree Road, NE
2100 Tower Place
Atlanta, Georgia 30326-1084
*Attorneys for Defendant JC Penney Corporation, Inc.*

This 24th day of February, 2012.

/s/ Brent J. Savage, Jr.
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No: 940349

SAVAGE, TURNER, PINCKNEY & MADISON
P O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
(912) 231-9157 - Facsimile

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,  Plaintiff,  v.  J.C. PENNY CORPORATION, INC.,  Defendant. | Civil Action No.: 1:11-cv-02759-JOF |

## ORDER EXTENDING TIME WITHIN WHICH TO RESPOND

HAVING READ AND CONSIDERED Plaintiff's Motion for Extension of Time, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of seven (7) days within which to file his responsive brief. Said brief is now due on or before March 9, 2012.

SO ORDERED, this _____ day of _____, 2012.

_____
Judge, Northern District of Georgia

Order prepared by:

/s/ Brent J. Savage, Jr.
Brent J. Savage, Jr.
Georgia Bar No. 940349
Savage, Turner, Pinckney & Madison

Consented to by:

/s/ Joshua S. Stein
Joshua S. Stein
Georgia Bar No. 141925
Goodman McGuffey Lindsey & Johnson, LLP