# Goodman McGuffey Lindsey & Johnson, LLP
ATTORNEYS AT LAW
WWW.GMLJ.COM

Atlanta ◆ Orlando ◆ Savannah ◆ Charlotte ◆ Sarasota

**JOSHUA S. STEIN**
Attorney at Law
Direct Dial: (404) 926-4104
Email: jstein@gmlj.com
Admitted in GA

**REPLY TO:**
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084

TELEPHONE (404) 264-1500
FACSIMILE (404) 264-1737

April 16, 2012

**VIA E-FILE**
James N. Hatten, Clerk of Court for the
United States District Court for the
Northern District of Georgia
75 Spring Street, S.W.
Atlanta, GA 30303-3309

    Re:    <u>Angelita Sanders v. J.C. Penney Corporation, Inc.</u>
            U.S. District Court for the Northern District of Georgia
            Civil Action File No.: 1:11-CV-02759-JOF
            Our File No.:        2123-0007

Dear Mr. Hatten:

    This firm represents J.C. Penney Corporation, Inc. in the above-referenced case. I am lead counsel for this party and I will be away from the practice of law out of state during the dates listed below:

    1.    **Tuesday, May 8, 2012 through Monday, May 14, 2012; and**

    2.    **Friday, June 22, 2012 through Monday, July 2, 2012.**

    All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to my leaves of absence. If no objections are filed, the leave shall be granted.

    If you should have any questions or comments, please do not hesitate to let me know.

                            Respectfully yours,

                            Joshua S. Stein

cc:    The Honorable J. Owen Forrester
        Brent J. Savage, Esq.
        Brent Jamieson Savage, Jr., Esq.