# UNITED STATES DISTRICT COURT
# FORT THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:11-CV-02759-JOF |
| | ) |
| J.C. PENNY CORPORATION, INC., | ) |
| | ) |
|     Defendant. | ) |

## RULE 5.4(A) CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

This is to certify that I have, pursuant to Local Rule 5.4(A), Plaintiffs served

a true and correct copy of **Plaintiff's Supplemental Response to Defendant's First**

**Interrogatories** by causing same to be  ___ hand-delivered to or  _X_  placed in the

United States mail, postage prepaid, ____ sent via fax transmission, to:

Edwin L. Hamilton
ehamilton@gmlj.com
Joshua Sims Stein
jstein@gmlj.com
GOODMAN, McGUFFEY, LINDSEY & JOHNSON
3340 Peachtree Road, NE
2100 Tower Place
Atlanta, Georgia 30326-1084
*Attorneys for Defendant JC Penny Corporation, Inc.*

This 18th day of May, 2011.

/s/ Brent J. Savage, Jr.
Brent J. Savage
Georgia Bar No. 627450
Brent J. Savage, Jr.
Georgia Bar No. 940349

SAVAGE, TURNER, PINCKNEY & MADISON
Post Office Box 10600
Savannah, GA 31412
(912) 231-1140