UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELITA SANDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-02759-JOF |

## J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**ORDERED AND ADJUDGED** that the plaintiff take nothing; that the action be, and the same hereby, is **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 13th day of August, 2012.

              JAMES N. HATTEN
              CLERK OF COURT


            By: s/ M. York
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 13, 2012
James N. Hatten
Clerk of Court

By: s/ M. York
   Deputy Clerk